UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL N. MANUEL,

Petitioner,

v.

E. BORLA,

Respondent.

No. 2:25-cv-3389 WBS CSK P

ORDER

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full;

2. Petitioner's motion for recall of sentence and re-sentencing (ECF No. 6) is dismissed without prejudice;

3. Respondent's motion to dismiss the petition as a mixed petition (ECF No. 12) is granted; and

4. Petitioner is granted thirty days from the date of service of this order to file an amended petition raising only his exhausted claim (second claim).

Dated: July 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/manu3389.805.hc